THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO. C25-0037-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 8). Consistent with the parties' stipulation(s), the Court establishes the following briefing schedule for Federal Rule of Civil Procedure 52 cross-motions:

- Cross-motion deadline: **July 1, 2025**.
- Opposition briefs due: **August 12, 2025**.

(Dkt. No. 8 at 4.) The parties also agree to forgo filing reply briefs. (*Id.*) Accordingly, the parties shall note their cross-motions for a decision as of August 12, 2025.[1]

---

[1] If the Court concludes that oral argument and/or a bench trial is warranted, it will provide separate notice of those events.

1    It is so ORDERED this 15th day of April 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
