HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 2:25-CV-00037-JCC<br><br>ORDER GRANTING STIPULATED MOTION TO FILE CLAIM FILE / ADMINISTRATIVE RECORD UNDER SEAL<br><br>[PROPOSED] |

Based on the Stipulated Motion to File the Claim File / Administrative Record under Seal (Dkt. No. 11), it is ORDERED that the stipulated motion is granted for good cause shown and the parties shall now file the Claim File / Administrative Record under seal.

Dated this 23rd day of June 2025.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER [PROPOSED] - 1
Case No. 2:25-CV-00037-JCC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550