HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | NO. 2:25-CV-00037-JCC<br><br>ORDER GRANTING JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY<br><br>[PROPOSED] |

　　Based on the Joint Notice of Settlement and Request for Stay, it is hereby ORDERED that the litigation proceedings and remaining deadlines are stayed for forty-five (45) days pending the finalization of the release and settlement agreement terms.

　　Dated this 8th day of August 2025.

_John C. Coughenour_
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER [PROPOSED] - 1
Case No. 2:25-cv-00037-JCC

DeBofsky Law, Ltd.
3101 Western Avenue, Suite 350
Seattle, WA 98121
206-333-2696