THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. C25-0037-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of dismissal (Dkt. No. 16). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the stipulation is self-executing.

This action is DISMISSED with prejudice and without costs or attorney fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C25-0037-JCC
PAGE - 1

DATED this 21st day of August 2025.

Ravi Subramanian  
Clerk of Court

s/Kadya Peter  
Deputy Clerk

MINUTE ORDER  
C25-0037-JCC  
PAGE - 2